**Official Form 1 (10/06)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Environmental Control, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**35-1974533** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**9951 W. 190th St., Ste. E**<br>**Mokena, IL 60448**<br>ZIP CODE **60448-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [X] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [X] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** ARTHUR G. SIMON   03124481 ***

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

**Official Form 1 (10/06)**                                                                                                                                 **FORM B1,** Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Environmental Control, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Official Form 1 (10/06)**      **FORM B1,** Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Environmental Control, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney** <br><br> X _____ <br> Signature of Attorney for Debtor(s) <br> **ARTHUR G. SIMON 03124481** <br> Printed Name of Attorney for Debtor(s) <br> **Crane, Heyman, Simon, Welch & Clar** <br> Firm Name <br> **Suite 3705** <br> **135 South LaSalle Street** <br> **Chicago, IL 60603-4297** <br> Address <br> **312-641-6777** <br> Telephone Number <br> **March 26, 2007** <br> Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> **Richard A. Barney** <br> Printed Name of Authorized Individual <br><br> **Vice President** <br> Title of Authorized Individual <br><br> **March 26, 2007** <br> Date | |

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Environmental Control, Inc.**                                     Case No.
                                        Debtor(s)                            Chapter   **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Department of the Treasury, IRS**<br>**Attn:  S. Meteyka, Revenue Officer**<br>**3615 Park Drive, Bldg 6**<br>**Olympia Fields, IL 60461** | **Department of the Treasury, IRS**<br>**Attn:  S. Meteyka, Revenue Officer**<br>**3615 Park Drive, Bldg 6**<br>**Olympia Fields, IL 60461** | | | **567,817.08** |
| **Bd. of Trustees of the Pipe Fitters**<br>**Assn, Local 597, Benefit Fund**<br>**45 N. Ogden Av,**<br>**Chicago, IL 60607** | **Bd. of Trustees of the Pipe Fitters**<br>**Assn, Local 597, Benefit Fund**<br>**45 N. Ogden Av,**<br>**Chicago, IL 60607** | | | **474,082.00** |
| **Peter Perella & Co.**<br>**600 Scott St.**<br>**Joliet, IL 60432** | **Peter Perella & Co.**<br>**600 Scott St.**<br>**Joliet, IL 60432** | | | **60,922.50** |
| **Johnson Pipe & Supply Co.**<br>**Dept. 20-1116**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197-5940** | **Johnson Pipe & Supply Co.**<br>**Dept. 20-1116**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197-5940** | | | **56,934.25** |
| **Total Insulation**<br>**5623 W. 120th St.**<br>**Alsip, IL 60803** | **Total Insulation**<br>**5623 W. 120th St.**<br>**Alsip, IL 60803** | | | **44,968.74** |
| **Illinois Dept. Employment Security**<br>**401 S. State**<br>**Chicago, IL 60601** | **Illinois Dept. Employment Security**<br>**401 S. State**<br>**Chicago, IL 60601** | | | **43,177.78** |
| **Trane Parts Center of Chicago**<br>**7100 Madison**<br>**Willowbrook, IL 60527** | **Trane Parts Center of Chicago**<br>**7100 Madison**<br>**Willowbrook, IL 60527** | | | **29,919.65** |
| **Temperture Equipment Corp.**<br>**1778 Paysphere Circle**<br>**Chicago, IL 60674** | **Temperture Equipment Corp.**<br>**1778 Paysphere Circle**<br>**Chicago, IL 60674** | | | **28,577.60** |

In re **Environmental Control, Inc.**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | | | 18,548.38 |
| GHP Systems, Inc.<br>1000 N. 32nd Ave.<br>Brookings, SD 57006 | GHP Systems, Inc.<br>1000 N. 32nd Ave.<br>Brookings, SD 57006 | | | 16,091.99 |
| Johnson Controls<br>Drawer 242<br>Milwaukee, WI 53278 | Johnson Controls<br>Drawer 242<br>Milwaukee, WI 53278 | | | 15,652.14 |
| Bornquist, Inc.<br>4539 Paysphere Circle<br>Chicago, IL 60674 | Bornquist, Inc.<br>4539 Paysphere Circle<br>Chicago, IL 60674 | | | 15,012.84 |
| Sheet Metal Werks<br>455 E. Algonqin Rd.<br>Arlington Heights, IL 60005 | Sheet Metal Werks<br>455 E. Algonqin Rd.<br>Arlington Heights, IL 60005 | | | 13,802.24 |
| York International Corporation<br>UPG-Midwest<br>P.O. Box 601390<br>Charlotte, NC 28260-1390 | York International Corporation<br>UPG-Midwest<br>P.O. Box 601390<br>Charlotte, NC 28260-1390 | | | 11,944.58 |
| Hudson Boiler & Tank<br>1725 W. Hubbard St.<br>Chicago, IL 60622 | Hudson Boiler & Tank<br>1725 W. Hubbard St.<br>Chicago, IL 60622 | | | 11,731.87 |
| G.W. Berkheimer, Inc.<br>P.O. Box 1247<br>Portage, IN 46368-9047 | G.W. Berkheimer, Inc.<br>P.O. Box 1247<br>Portage, IN 46368-9047 | | | 10,419.98 |
| Southside Control<br>488 N. Milwaukee Ave.<br>Chicago, IL 60610 | Southside Control<br>488 N. Milwaukee Ave.<br>Chicago, IL 60610 | | | 10,370.20 |
| Dezurik Water Controls<br>250 Riverside Ave North<br>Sartell, MN 56377-1743 | Dezurik Water Controls<br>250 Riverside Ave North<br>Sartell, MN 56377-1743 | | | 8,354.80 |
| Wright Express Fleet Fueling<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | Wright Express Fleet Fueling<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | | | 7,627.01 |
| Hatchell & Assoc.<br>414 W. Fullerton Ave.<br>Elmhurst, IL 60126 | Hatchell & Assoc.<br>414 W. Fullerton Ave.<br>Elmhurst, IL 60126 | | | 7,568.93 |

In re    **Environmental Control, Inc.**                                              Case No.

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 26, 2007**                        Signature   **/s/ Richard A. Barney**
                                                            **Richard A. Barney**
                                                            **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Air Products Equipment Company
1555 Oouis Ave.
Elk Grove Village, IL 60007

Bornquist, Inc.
4539 Paysphere Circle
Chicago, IL 60674

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

All American Commercial Roofing
550 Elser Rd.
Lake Zurich, IL 60047

Brucker Company
1200 Greenleaf Ave.
Elk Grove Village, IL 60007

Filter Services Illinois
2555 United Lane
Elk Grove Village, IL 60007

Allied Valve, Inc.
231344 Momentum Place
Chicago, IL 60689

CB-Kramer Sales & Service, Inc.
P.O. Box 78235
Saint Louis, MO 63178

G&O Thermal Supply Company
5435 Northwest Highway
Chicago, IL 60630-1191

Alpha Controls & Services
4104 Charles St.
Rockford, IL 61108

Citicorp Vendor Finance
P.O. Box 7247-0322
Philadelphia, PA 19170-0322

G.W. Berkheimer, Inc.
P.O. Box 1247
Portage, IN 46368-9047

Amco Industries
P.O. Box 95996
Chicago, IL 60694

Department of the Treasury, IRS
Attn:  S. Meteyka, Revenue Officer
3615 Park Drive, Bldg 6
Olympia Fields, IL 60461

GCS Service, Inc.
P.O. Box 18688
Indianapolis, IN 46218

Amer Temp Ltd.
9244 Trinity Drive
Lake In The Hills, IL 60156

Dezurik Water Controls
250 Riverside Ave North
Sartell, MN 56377-1743

Gem Electric Supply, Inc.
3135 W. 95th St.
Evergreen Park, IL 60805

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Digital Blue, Inc.
8200 W. 185th St.
Tinley Park, IL 60477

GHP Systems, Inc.
1000 N. 32nd Ave.
Brookings, SD 57006

Automated Logic
811 Ogden Ave.
Lisle, IL 60532

Dreisilker Electric Motors
36249 Treasury Center
Chicago, IL 60694-6200

GMAC
Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951

Bacharach, Inc.
P.O. Box 106008
Pittsburgh, PA 15230-6008

Evergreen Oak Electric
P.o. Box 549
13400 S. Cicero Ave.
Midlothian, IL 60445

Grainger, Inc.
Dept. 842660854
Palatine, IL 60038-0001

Bd. of Trustees of the Pipe Fitters
Assn, Local 597, Benefit Fund
45 N. Ogden Av,
Chicago, IL 60607

Express One - Chicago
P.O. Box 900070
Sandy, UT 84090

Gustave A. Larson Company
P.O. Box 910
Pewaukee, WI 53072-0910

| | | |
|---|---|---|
| Hatchell & Assoc.<br>414 W. Fullerton Ave.<br>Elmhurst, IL 60126 | Trideeco<br>425 Hanley Industrial St.<br>Saint Louis, MO 63144 | LaGrange Crane Service<br>6180 River Rd.<br>La Grange, IL 60525 |
| Heritage Food Service Equipment<br>P.O. Box 8710<br>Fort Wayne, IN 46898 | Independent Testing & Balancing<br>28365 Davis Parkway, Ste. 202<br>Warrenville, IL 60555 | Land and Lakes<br>21900 S. Central Ave.<br>Matteson, IL 60443 |
| Herman's Auto Center Inc.<br>7250 W. Duvan Dr.<br>Tinley Park, IL 60477 | Ingersoll Rand Air Solutions<br>P.O. Box 7517<br>Charlotte, NC 28275 | Lennox Industries, Inc.<br>P.O. Box 910549<br>Dallas, TX 75391-0549 |
| Hudson Boiler & Tank<br>1725 W. Hubbard St.<br>Chicago, IL 60622 | Interstate Batteries<br>8500 W. 191st St., Ste. 9<br>Mokena, IL 60448 | Local 597 Board of Trustees of th<br>Pipe Fitters Retirement Fund |
| Hussmann<br>890 Remington Blvd<br>Bolingbrook, IL 60440 | IWM Corporation<br>399 Hammond Ave.<br>Elgin, IL 60120 | Local 597 Board of Trustees of th<br>Pipe Fitters Welfare Fund |
| Illco, Inc.<br>P.O. Box 1330<br>Aurora, IL 60507 | John Maier Co.<br>1101 Washington<br>Chicago Heights, IL 60411 | Lyall Thresher & Assoc.<br>56 South Squirrel Rd.<br>Auburn Hills, MI 48326 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | John R. Kamp. P.C.<br>9335 Calumet Ave., Ste. B<br>Munster, IN 46321 | Master-Bilt<br>P.O. Box 957<br>New Albany, MS 38652 |
| Illinois Dept. Employment Security<br>401 S. State<br>Chicago, IL 60601 | Johnson & Smetters LLC<br>208 S. LaSalle St.<br>Suite 1602<br>Chicago, IL 60604 | McLean Midwest Corporation<br>Dept. CH 14197<br>Palatine, IL 60055-4197 |
| Imbert International, Inc.<br>7030 N. Austin Ave.<br>Niles, IL 60714 | Johnson Controls<br>Drawer 242<br>Milwaukee, WI 53278 | McQuay International<br>1056 Solutions Center<br>Chicago, IL 60677-1000 |
| Imperial Crane<br>7500 W. Imperial Dr.<br>Bridgeview, IL 60455 | Johnson Pipe & Supply Co.<br>Dept. 20-1116<br>P.O. Box 5940<br>Carol Stream, IL 60197-5940 | Mid-Way Supply, Inc.<br>2502 Deborah Ave.<br>Zion, IL 60099 |

| | | |
|---|---|---|
| Midlakes Distributing<br>1029-37 W. Adams St.<br>Chicago, IL 60607 | Puritan Finance Corporation<br>55 W. Monroe St., Ste. 3590<br>Chicago, IL 60603 | SBC Long Distance<br>P.O. Box 660668<br>Dallas, TX 75266-0688 |
| Minster Mechanical Sales<br>2120 Halsted St.<br>Chicago Heights, IL 60411 | Quinlan Lock & Security<br>8940 W. 192nd St.<br>Suite J<br>Mokena, IL 60448 | Schepel Buick<br>3209 W. Lincoln Hwy<br>Merrillville, IN 46411 |
| National Business Furniture<br>735 N. Water St.<br>P.O. Box 514052<br>Milwaukee, WI 53203 | Refrigeration Hardware Supply<br>632 Foresight Circle<br>Grand Junction, CO 81505 | Seton Identification Products<br>P.O. Box 95904<br>Chicago, IL 60694-5904 |
| NEC Financial Services, Inc.<br>300 Frank W. Burr Blvd.<br>Teaneck, NJ 07666 | Reichelt Plumbing<br>P.O. Box 177<br>Schererville, IN 46375 | Sheet Metal Werks<br>455 E. Algonqin Rd.<br>Arlington Heights, IL 60005 |
| Nicor<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | Richard A. and Brenda M. Barney<br>8915 Willow Lane<br>Saint John, IN 46373 | Siemens<br>P.O. Box 945658<br>Atlanta, GA 30394-5658 |
| Nu Way Disposal Service, Inc.<br>19012 S. Wolf Rd.<br>P.O. Box 9<br>Mokena, IL 60448 | Rogers Supply Co., Inc.<br>P.O. Box 740<br>Champaign, IL 61824 | Southside Control<br>488 N. Milwaukee Ave.<br>Chicago, IL 60610 |
| Oosterbaan & Sons Co.<br>2515 W. 147th St.<br>Posen, IL 60469 | Ronald N. Primack<br>18401 Maple Creek Drive, Ste. 100<br>Tinley Park, IL 60477 | Spotcooler<br>P.O. Box 905322<br>Charlotte, NC 28290-5322 |
| Peter Perella & Co.<br>600 Scott St.<br>Joliet, IL 60432 | Roughneck Concrete Drilling<br>8400 Lehigh<br>Morton Grove, IL 60053 | Sutton Ford<br>21315 Central Ave.<br>Matteson, IL 60443 |
| Pitney Bowes<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | Ryan Herco<br>P.O. Box 10369<br>3010 N. San Fernando Blvd<br>Burbank, CA 91510 | T-N-T Wireless<br>8835 W. 159th St.<br>Tinley Park, IL 60477 |
| Postal Privilege<br>P.O. Box 85042<br>Louisville, KY 40285-5042 | S&G Supply<br>Contractors Credit<br>35081 Eagle Way<br>Chicago, IL 60678-1350 | Telecom Services<br>18019 Dixie Hwy, Ste. 1D<br>Homewood, IL 60430 |

Temperture Equipment Corp.
1778 Paysphere Circle
Chicago, IL 60674

York International Corporation
UPG-Midwest
P.O. Box 601390
Charlotte, NC 28260-1390

Temprite Industries
US #T-5058U, P.O. Box 5100 PS
Toronto
Ontario M4Y2T5

Zonatherm
251 Holbrook
Wheeling, IL 60090

Total Insulation
5623 W. 120th St.
Alsip, IL 60803

Trane Parts Center of Chicago
7100 Madison
Willowbrook, IL 60527

Tri-Dim Filter Corp.
P.O. Box 822001
Philadelphia, PA 19182-2001

Vent Products Co.
1901 S. Kilbourn Ave.
Chicago, IL 60623

Vesco
840 N. Addison St.
Elmhurst, IL 60126

Village of Mokena
11004 Carpenter St.
Mokena, IL 60448

W.L. Engler Distributing, Inc.
1035 N. Throop St.
Chicago, IL 60622-4097

Wright Express Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Environmental Control, Inc.**                                              Case No.
                                        Debtor(s)                                   Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Environmental Control, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date: **March 26, 2007**

**ARTHUR G. SIMON**
Signature of Attorney or Litigant
Counsel for  **Environmental Control, Inc.**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**