| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Arthur G. Simon | - AGS | 16.50 | $390.00 | $6,435.00 |
| Arthur G. Simon | - AGS | 5.60 | $405.00 | $2,268.00 |
| Scott R. Clar | - SRC | 2.40 | $390.00 | $936.00 |
| **Total** | | **24.50** | | **$9,639.00** |



| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 08/21/07 | Prepared CHSW&C fee petition. | AGS | 1.50 |
| 08/23/07 | Prepared CHSW&C Fee petition and draft order. | AGS | 2.00 |
| | Telephone conference with M. McClintock re: fee petitions. | AGS | 0.10 |
| | Review of John Kamp invoice and call to John Kamp re: same. | AGS | 0.20 |
| | Prepared motion to extend periods to file plan and disclosure statement and order re: same. | AGS | 1.00 |
| | Review and revise motion to extend time to file plan. | AGS | 0.20 |
| 08/24/07 | Prepared motion for authority to pay accountant and draft order re: same | AGS | 2.20 |
| | Reviewed and revised service list for notice of fee motions. | AGS | 0.20 |
| 08/27/07 | Review and revision of service list re: fee motions notice. | AGS | 0.20 |
| | Telephone conference with R. Barney re: approval of John Kamp fee motion. | AGS | 0.10 |
| 08/29/07 | Prepared cover sheet for accountant fee motion | AGS | 0.20 |
| | E-mail to and from M. McClintock re: Freeborn fee petition. | AGS | 0.10 |
| | Revised Notice re: hearing on fee petitions. | AGS | 0.10 |
| 08/30/07 | Prepared for and attended hearing before Judge Schmetterer on motion to extend time to file plan | SRC | 1.00 |
| 08/31/07 | Prepared letter to Rich Barney re: Freeborn fee application. | AGS | 0.20 |
| 09/17/07 | Numerous calls to and from J. Blomgren re: August 2007 operating report and October budget | AGS | 0.30 |
| | Review of original and revised August 2007 operating report and October budget | AGS | 0.30 |
| | Telephone conference with H. Goldstein re: strategy for case after sale of assets | SRC | 0.20 |

| 09/21/07 | Review of Commerce and Industry citation and call to Michelle, paralegal for C&I re: same | AGS | 0.20 |
|---|---|---|---|
| 09/24/07 | Prepared telecopier cover letter to P. Lepak re: bankruptcy petition | AGS | 0.10 |
| | Telephone conference with P. Lepak re: bankruptcy stay as to insurance litigation | AGS | 0.10 |
| 09/25/07 | Prepared letter to R. Barney re: entered orders | AGS | 0.30 |
| 09/26/07 | Prepared letter to R. Barney re: entered order on CHSW&C fees | AGS | 0.10 |
| 10/09/07 | Telephone conferences with attorney for creditor, Southside re: bankruptcy filing and status of case | AGS | 0.20 |
| 10/12/07 | Telephone conference with J. Blomgren re: fee issue | AGS | 0.10 |
| 10/16/07 | Telephone conferences with R. Barney re: landlord and fee issues | AGS | 0.10 |
| 10/18/07 | Prepared letter to T. Fawkes re: payment to Freeborn | AGS | 0.10 |
| 10/23/07 | Telephone conference with J. Blomgren re: operating reports status | AGS | 0.10 |
| 10/24/07 | Reviewed quarterly trustee fee report and prepared letter to Steve Wolfe re: same and check | AGS | 0.20 |
| 10/26/07 | Review of November budget and call to J. Blomgren re: same | AGS | 0.20 |
| 10/31/07 | Telephone conference with J. Blomgren re: status of fees and operating report | AGS | 0.10 |
| 11/01/07 | Telephone conference with J. Blomgren re: status of fees and operating report | AGS | 0.10 |
| 11/02/07 | Telephone conference with R. Barney re: fees and operating report issues | SRC | 0.10 |
| 11/07/07 | Telephone conference with R. Barney re: GF Structures receivable | AGS | 0.10 |
| | Telephone conference with L. Vonckx re: GF Structures receivable issue | AGS | 0.10 |
| | Telephone conference with M. Lusk re: GF Structures receivable issue | AGS | 0.10 |

| | | | |
|---|---|---|---|
| 11/16/07 | Began preparation of CHSW&C fee motion | AGS | 1.80 |
| | Telephone conference with S. Wolfe re: disbursement motion | AGS | 0.10 |
| | Review of e-mail from J. Kamp re: his fees | AGS | 0.10 |
| 11/19/07 | Prepared CHSW&C fee petition | AGS | 0.50 |
| 11/20/07 | Prepared draft order withdrawing Puritan's motion to convert case | AGS | 0.20 |
| 11/28/07 | Strategy conference with A. Simon and telephone calls to G. Stull, R. Barney and M. McClintock re: administrative tax claims | SRC | 0.50 |
| 11/30/07 | Telephone conference with J. Blomgren re: operating reports | AGS | 0.10 |
| 12/03/07 | Telephone conference with R. Barney re: operating reports and tax issues | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: operating reports | AGS | 0.10 |
| 12/07/07 | Reviewed September 2007 operating report and prepared letter to S. Wolfe re: same | AGS | 0.30 |
| 12/10/07 | Telephone conference with J. Shapiro re: status of case | AGS | 0.10 |
| | Telephone conference with R. Barney and J. Shapiro re: status of case | AGS | 0.10 |
| 12/12/07 | Telephone conference with S. Wolfe re: conversion of case | SRC | 0.20 |
| | Strategy conference with A. Simon re: conversion of case | SRC | 0.20 |
| | Telephone conference with J. Shapiro re: conversion of case | SRC | 0.20 |
| 12/13/07 | Reviewed October 2007 operating report and prepared letter to S. Wolfe re: same | AGS | 0.20 |
| 01/07/08 | Review of revised quarterly fee statement and authorized filing of same | AGS | 0.10 |
| 01/23/08 | Review of draft November 2007 operating report | AGS | 0.20 |

| | | | |
|---|---|---|---|
| | Telephone conference with J. Blomgren re: draft November 2007 operating report | AGS | 0.30 |
| | Review of revised draft November 2007 operating report | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: revised draft November 2007 operating report | AGS | 0.10 |
| 01/24/08 | Review and response to e-mail from J. Blomgren re: operating reports | AGS | 0.20 |
| 01/25/08 | Review of Committee's motion to prosecute claims | AGS | 0.20 |
| | Telephone conference with J. Shapiro re: Committee's motion to prosecute claims | AGS | 0.10 |
| | Telephone conferences with Connie and Graciela Rios re: LaSalle Bank account issues | AGS | 0.30 |
| 01/31/08 | Prepared CHSW&C fee petition | AGS | 0.50 |
| 02/01/08 | Revision of final CHSW&C fee motion and order re: same | AGS | 1.20 |
| | Telephone conferences with J. Blomgren and G. Rios re: bank account issues | AGS | 0.20 |
| 02/04/08 | Prepared CHSW&C fee motion and revised order re: same | AGS | 2.20 |
| | Prepared letter to S. Wolfe re: November and December 2007 operating reports | AGS | 0.20 |
| 02/05/08 | Prepared CHSW&C fee motion | AGS | 0.80 |
| 02/11/08 | Telephone conference with H. Goldstein re: fee petition issue | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: January 2008 operating report and trustee's fee for 1st quarter of 2008 | AGS | 0.10 |
| 02/19/08 | Telephone conference with R. Primack re:  corporate franchise issue | AGS | 0.10 |
| | Review of January 2008 operating report | AGS | 0.20 |

Total:                                                                                                      24.50

| **Attorney** | | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| Arthur G. Simon | - AGS | 2.40 | $390.00 | $936.00 |
| Scott R. Clar | - SRC | 1.30 | $390.00 | $507.00 |
| **Total** | | **3.70** | | **$1,443.00** |



| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 08/24/07 | Telephone conference with J. Shapiro re: citation proceeding. | AGS | 0.10 |
| | Telephone conference with J. Shapiro re: Puritan interest calculation. | SRC | 0.30 |
| 08/27/07 | Telephone conference with J. Blomgren re: various issues including Puritan citation issue. | AGS | 0.10 |
| | Reviewed completed citation form and called J. Blomgren and R. Barney re: same. | AGS | 0.20 |
| | Reviewed revised completed citation form and called J. Blomgren re: same. | AGS | 0.20 |
| | Prepared appearance form for citation proceeding. | AGS | 0.20 |
| 08/28/07 | Prepared letter to F. Harbecke re: citation appearance and continuance of citation proceeding | AGS | 0.20 |
| 08/29/07 | Telephone conference with F. Harbecke re: continuance of citation proceeding and status of letter of intent. | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: citation continuance | AGS | 0.10 |
| 09/11/07 | Telephone conference with J. Blomgren re: citation issue | AGS | 0.10 |
| 09/12/07 | Prepared letter to F. Harbecke re: citation proceeding responses and checks | AGS | 0.20 |
| | Telephone conference with F. Harbecke re: citation proceeding | AGS | 0.10 |
| 09/27/07 | Telephone conference with J. Blomgren re: Puritan citation proceeding | AGS | 0.10 |
| | Telephone conference with F. Harbecke re: citation re: R. Barney | SRC | 0.20 |
| 10/23/07 | Telephone conference with R. Barney and S. Clar re: Puritan claim | AGS | 0.10 |
| | Review and analysis of Puritan payoff letter | SRC | 0.20 |

| | | | |
|---|---|---|---|
| 10/26/07 | Telephone conference with G. Stull and T. Reed re: IRS payoff issue | AGS | 0.20 |
| | Telephone conference with S. Carter at IRS re: secured claim payoff | AGS | 0.10 |
| 10/29/07 | Telephone conference with F. Harbecke re: union settlement and Puritan claim | SRC | 0.20 |
| 11/12/07 | Telephone conference with F. Harbecke re: closing | SRC | 0.20 |
| 11/15/07 | Telephone conference with S. Carter at IRS re: updated payoff figure | AGS | 0.10 |
| | Telephone conferences with S. Carter re: IRS claim | AGS | 0.20 |
| | Telephone conference with F. Harbecke re: closing and motion to distribute funds | SRC | 0.20 |

Total: 3.70

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Arthur G. Simon | - AGS | 4.20 | $390.00 | $1,638.00 |
| Scott R. Clar | - SRC | 1.30 | $390.00 | $507.00 |
| **Total** | | **5.50** | | **$2,145.00** |



| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 09/05/07 | Review of termination notice sent by Joe Mallon and call to Joe Mallon re: same | AGS | 0.20 |
| | Telephone conference with R. Barney re: termination notice and conference call with R. Barney and J. Mallon re: same | AGS | 0.20 |
| | Telephone conference with R. Barney and J. Mallon re: termination notice resolution | AGS | 0.10 |
| 09/06/07 | Prepared telecopier cover letter to R. Barney re: Joe Mallon letters | AGS | 0.10 |
| 09/07/07 | Telephone conference with R. Barney re: sale and union issues. | AGS | 0.10 |
| | Interoffice conference with A. Simon and telephone conference with J. Shapiro re: Union pension issue | SRC | 0.20 |
| 09/25/07 | Prepared telecopier cover letter to R. Barney re: September 24, 2007 letter from union attorney | AGS | 0.10 |
| 10/03/07 | Telephone conference with J. Mallon, representing Local 597, re: sale of assets and union position going forward | SRC | 0.20 |
| 10/08/07 | Telephone conference with S. Clar and R. Barney re: union issue, fee issue and sale issue | AGS | 0.10 |
| 10/19/07 | Telephone conference with J. Mallon re: APA | AGS | 0.10 |
| 10/23/07 | Telephone conference with J. Mallon re: union contract claim | AGS | 0.10 |
| | Telephone conference with R. Barney re: union contract claim | AGS | 0.20 |
| | Telephone conference with S. Clar and J. Shapiro re union claim | AGS | 0.20 |
| | Telephone conference with S. Clar and L. Vonckx re: union claim | AGS | 0.20 |
| | Telephone conference with L. Vonckx re: union contract claim | AGS | 0.10 |
| | Telephone conferences with L. Vonckx and J. Shapiro re: union issue | SRC | 0.50 |

| | | | |
|---|---|---|---|
| 10/24/07 | Telephone conferences with J. Shapiro re: union issues | AGS | 0.20 |
| 10/25/07 | Telephone conferences with J. Shapiro re: union issue | AGS | 0.20 |
| | Telephone conference with R. Barney re: union issue | AGS | 0.10 |
| | Telephone conference with J. Mallon re: union issue | AGS | 0.10 |
| | Telephone conference with G. Stull re: union issue | AGS | 0.10 |
| 10/26/07 | Telephone conference with L. Vonckx re: union issue | AGS | 0.20 |
| | Telephone conference with J. Shapiro re: union issue | AGS | 0.30 |
| 10/29/07 | Telephone conference with J. Shapiro re: union agreement | AGS | 0.10 |
| | Conference with S. Clar and J. Shapiro re: union agreement | AGS | 0.20 |
| 10/30/07 | Telephone conference with J. Shapiro re: union issue | AGS | 0.10 |
| 11/02/07 | Telephone conference with J. Shapiro re: status of union negotiations | SRC | 0.20 |
| | Telephone conference with J. Shapiro and R. Barney re: union and closing issues | SRC | 0.20 |
| 11/05/07 | Telephone conferences with R. Barney re: Union issue and Committee fee issue | AGS | 0.10 |
| | Telephone conference with J. Shapiro re: union issue | AGS | 0.10 |
| 11/07/07 | Telephone conference with J. Shapiro re: status of union settlement | AGS | 0.20 |
| | Telephone conference with L. Vonckx and J. Shapiro re: settlement with union | AGS | 0.20 |
| 11/11/07 | Telephone conference with J. Shapiro re: union settlement | AGS | 0.10 |
| 11/14/07 | Telephone conference with S. Clar re: union issue | AGS | 0.10 |

Total:                                                                                         5.50

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Arthur G. Simon | - AGS | 1.20 | $390.00 | $468.00 |
| Arthur G. Simon | - AGS | 0.10 | $405.00 | $40.50 |
| Scott R. Clar | - SRC | 9.10 | $390.00 | $3,549.00 |
| **Total** | | **10.40** | | **$4,057.50** |



EXHIBIT

tabbies

E

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 08/27/07 | Review of creditor register and Temperature Environment Corporation proof of claim. | AGS | 0.20 |
| 09/17/07 | Calls from D. Curd at Independent Testing re: Objection to claim | AGS | 0.20 |
| | Telephone conference with G. Stull, attorney for IRS re: objection to claim | AGS | 0.10 |
| 09/18/07 | Strategy conference with S. Clar re: objections to claims set for hearing | AGS | 0.30 |
| | Interoffice conference with with A. Simon re: claims objections and fee applications | SRC | 0.30 |
| | Prepared for and attended hearing re: fee applications and claims objections | SRC | 1.80 |
| 09/19/07 | Telephone conference with B. de'Medici re: continuance of claims objections | SRC | 0.20 |
| 09/20/07 | Prepared for and attended hearing re: claims objections | SRC | 1.30 |
| 10/01/07 | Telephone conference with G. Stull re: IRS claim | SRC | 0.20 |
| 10/02/07 | Telephone conference with R. Barney re: union and IRS claims | SRC | 0.20 |
| | Review and analysis of union claims and telephone call to R. Barney re: same | SRC | 0.50 |
| | Telephone conferences with G. Stull and R. Barney re: IRS claim objection | SRC | 0.50 |
| 10/10/07 | Telephone conferences with L. Kouba and J. Blomgren re: Johnson Pipe claims objection | SRC | 0.50 |
| 10/11/07 | Telephone conference with B. de'Medici re: George Allen claims objection | SRC | 0.20 |
| 10/19/07 | Telephone conference with G. Stull re: objection to IRS claim | SRC | 0.20 |
| 10/24/07 | Revised order re: Total Insulation Claim Objection | AGS | 0.10 |
| 10/26/07 | Telephone conference with J. Etzkorn re: union proof of claim | AGS | 0.10 |

| | | | |
|---|---|---|---|
| 10/29/07 | Telephone conference with L. Kouba @ Johnson Pipe re: claims objection | SRC | 0.20 |
| 10/30/07 | Telephone conference with D. Schwartz re: reduction of Plumbers Union claim | AGS | 0.10 |
| | Revised order re: plumbers union claim | AGS | 0.10 |
| 11/12/07 | Telephone conference with P. Swan re: Johnson Pipe claim objection | SRC | 0.20 |
| 11/13/07 | Prepared for and attended hearing re: claims objections | SRC | 1.50 |
| 12/26/07 | Telephone conferences with P. Swan re: Johnson Control objection to claim | SRC | 0.30 |
| 12/27/07 | Appeared before Judge Schmetterer re: status of Pipefitters Union and Johnson claims objections | SRC | 1.00 |
| 01/09/08 | Telephone conference with R. Barney re: IRS claim | AGS | 0.10 |

Total:                                                                                                      10.40

| **Attorney** | | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| Arthur G. Simon | - AGS | 42.90 | $390.00 | $16,731.00 |
| Scott R. Clar | - SRC | 37.40 | $390.00 | $14,586.00 |
| **Total** | | **80.30** | | **$31,317.00** |



EXHIBIT

F

tabbies®

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 08/21/07 | Telephone conference with J. Shapiro re: status of sale of assets. | SRC | 0.20 |
| 08/24/07 | Telephone conference with S. Clar and C. Lunstein re: sale issues. | AGS | 0.20 |
| | Telephone conference with C. Lonstein re: purchase of assets. | SRC | 0.50 |
| | Telephone conference with R. Barney re: conversation with C. Lonstein re: sale of assets. | SRC | 0.20 |
| 08/28/07 | Reviewed Lanigan letter of intent. | AGS | 0.30 |
| | Telephone conference with C. Lonstein re: status of letter of intent. | SRC | 0.20 |
| 08/29/07 | Telephone conference with S. Clar and C. Lonstein re: Lanigan letter to intent. | AGS | 0.30 |
| | Telephone conference with J. Shapiro re: status of letter of intent | AGS | 0.10 |
| | Telephone conference with F. Harbecke re: letter of intent and confidentiality re: same | AGS | 0.10 |
| | Telephone conferences with M. McClintock re: letter of intent and confidentiality re: same | AGS | 0.10 |
| | Prepared telecopier cover letters to M. McClintock and F. Harbecke re: letter of intent | AGS | 0.10 |
| | Telephone conference with C. Lonstein re: letter of intent and confidentiality re: same. | AGS | 0.10 |
| | Review of revised letter of intent | AGS | 0.10 |
| | Telephone conferences with R. Barney re: letter of intent | AGS | 0.20 |
| | Telephone conference with F. Harbecke and K. Morgan re: letter of intent. | AGS | 0.20 |
| | Review and analysis of LHL letter of intent. | SRC | 0.50 |
| | Telephone conference with C. Lonstein re: negotiation of letter of intent | SRC | 0.20 |

| | | | |
|---|---|---|---|
| 08/30/07 | Telephone conference with J. Shapiro re: status of letter of intent. | AGS | 0.10 |
| 09/07/07 | Telephone conference with C. Lonstein re: APA | SRC | 0.20 |
| | Telephone conference with J. Blomgren re: status of APA | SRC | 0.20 |
| 09/12/07 | Telephone conference with J. Shapiro re: draft Asset Purchase Agreement | AGS | 0.20 |
| | Review of draft Purchase Agreement | AGS | 0.30 |
| | Review and analysis of Asset Purchase Agreement | SRC | 1.50 |
| | Telephone conference with R. Barney re: initial review of Asset Purchase Agreement | SRC | 0.20 |
| | Telephone conference with J. Shapiro re: APA | SRC | 0.20 |
| 09/13/07 | Telephone conference with C. Lonstein and R. Barney re: Asset Purchase Agreement | SRC | 0.80 |
| 09/17/07 | Strategy conference with S. Clar re: draft Asset Purchase Agreement | AGS | 0.40 |
| | Telephone conference with J. Shapiro re: status of APA | SRC | 0.20 |
| | Interoffice conference with with A. Simon re: Asset Purchase Agreement | SRC | 0.40 |
| 09/18/07 | Telephone conference with S. Clar and C. Lonstein re: Asset Purchase agreement | AGS | 0.40 |
| | Telephone conference with S. Clar and R. Barney re: Asset Purchase Agreement | AGS | 0.30 |
| | Prepared Motion to Sell | AGS | 3.50 |
| | Telephone conference with C. Lonstein re: revisions to Asset Purchase Agreement | SRC | 0.50 |
| | Telephone conference with R. Barney re: revisions to APA | SRC | 0.20 |
| 09/19/07 | Prepared Sale Motion | AGS | 5.50 |
| | Telephone conferences with R. Barney and J. Blomgren re: Asset Purchase Agreement issues | AGS | 0.40 |

| | | | |
|---|---|---|---|
| | Review of revised Asset Purchase Agreement | AGS | 0.50 |
| | Strategy conference with S. Clar re: revised Asset Purchase agreement and draft Sale Motion | AGS | 0.80 |
| | Review and response to e-mail from C. Lonstein re: revised Asset Purchase agreement and draft Sale Motion | AGS | 0.40 |
| | Review and revision of proposed motion re: bid procedures sale. | SRC | 1.00 |
| | Review and analysis of APA revisions | SRC | 0.80 |
| 09/20/07 | Telephone conference with M. McClintock re: asset sale issue | AGS | 0.10 |
| | Telephone conference with R. Barney re: asset sale issues | AGS | 0.20 |
| | Telephone conference with C. Lonstein re: asset sale issues | AGS | 0.70 |
| | Telephone conference with S. Clar and C. Lonstein re: asset sale issues | AGS | 0.30 |
| | Telephone conference with S. Clar and C. Lonstein re: asset sale issues | AGS | 0.20 |
| | Telephone conference with J. Shapiro re: asset sale issues | AGS | 0.10 |
| | Prepared draft order approving sale, notice of sale, bidding procedures, revised same and sale motion | AGS | 4.50 |
| | Prepared letter to C. Lonstein re: leases and executory contracts | AGS | 0.10 |
| | Interoffice conference with with A. Simon and telephone call to C. Lonstein re: APA dates | SRC | 0.30 |
| | Telephone conference with C. Lonstein re: changes to bidding procedure dates | SRC | 0.20 |
| | Review and analysis of Bill of Sale, Intellectual Property Transfer Agreement, Escrow Agreement | SRC | 0.50 |
| 09/21/07 | Telephone conferences with J. Shapiro re: Asset Purchase Agreement and resolution issues | AGS | 0.30 |
| | Prepared corporate resolution authorizing sale | AGS | 0.30 |

|          |                                                                                                 |     |      |
|----------|-------------------------------------------------------------------------------------------------|-----|------|
|          | Telephone conference with R. Barney re: Asset sale issues and Commerce and Industry lawsuit      | AGS | 0.20 |
|          | Review and revision of Notice of Assumption                                                     | AGS | 0.20 |
| 09/24/07 | Conference prior to Court with J. Shapiro re: asset purchase agreement                          | AGS | 0.30 |
|          | Conference prior to court with J. Shapiro, S. Clar and R. Barney re: asset purchase agreement issues | AGS | 0.40 |
|          | Conference with J. Shapiro, S. Clar and R. Barney after court re: asset purchase agreement issues | AGS | 0.50 |
|          | Revised corporate resolution re: sale                                                           | AGS | 0.10 |
|          | Conference with S. Clar re: revisions to Order, Sale Notice and Bidding Procedures per direction of Court | AGS | 0.80 |
|          | Review of and revision to order, sale notice and bidding procedures per direction of court      | AGS | 0.60 |
|          | Revised service list for sale hearing                                                           | AGS | 0.10 |
|          | Telephone conference with L. Vonckx and S. Clar re: sale issues                                 | AGS | 0.10 |
|          | Prepared for and attended hearing on bid procedures                                             | SRC | 3.50 |
| 09/25/07 | Reviewed contract list prepared by Lawrence Vonckx and prepared e-mail to J. Blomgren re: same  | AGS | 0.20 |
|          | Telephone conference with L. Vonckx re: changes to Schedules and asset purchase agreement       | AGS | 0.30 |
|          | Telephone conference with R. Barney re: sale ad and contract issues                             | AGS | 0.10 |
|          | Telephone conference with R. Barney and Lawrence Vonckx re: contract issues                     | AGS | 0.10 |
|          | Telephone conferences with A. Levin re: galley proof of sale ad                                 | AGS | 0.40 |
|          | Prepared sale notice ad, motion to approve same and draft order re: same                        | AGS | 1.80 |
|          | Prepared letter to L. Vonckx re: schedules documents                                            | AGS | 0.10 |
|          | Revised service list for sale hearing                                                           | AGS | 0.10 |

|          |                                                                                            |     |      |
|----------|--------------------------------------------------------------------------------------------|-----|------|
|          | Prepared for and attended hearing re: presentation of order approving sale procedures      | SRC | 1.50 |
| 09/26/07 | Review contract documents sent by R. Barney                                                | AGS | 0.20 |
|          | Telephone conference with L. Vonckx re: contract issues                                    | AGS | 0.20 |
|          | Telephone conference with R. Barney re: contract issues                                    | AGS | 0.10 |
|          | Telephone conference with R. Barney and L. Vonckx re: contract issues                      | AGS | 0.20 |
|          | Research  re: assignability of maintenance contracts                                       | AGS | 0.50 |
|          | Revised Notice of Sale                                                                     | AGS | 0.20 |
|          | Telephone conference with R. Barney and L. Vonckx re: contract issues                      | AGS | 0.10 |
|          | Telephone conference with L. Vonckx re: service list for notice of sale                    | AGS | 0.10 |
|          | Revised service list for notice of sale                                                    | AGS | 0.30 |
|          | Telephone conference with J. Blomgren re: Tribune ad                                       | AGS | 0.10 |
|          | Telephone conference with L. Vonckx re: assumed contracts                                  | AGS | 0.10 |
| 09/27/07 | Prepared certificate of service for Notice of Sale                                         | AGS | 0.10 |
|          | Revised sale ad and e-mailed same to A. Levin and J. Blomgren                              | AGS | 0.20 |
|          | Telephone conferences with R. Barney re: sale ad                                           | AGS | 0.10 |
|          | Telephone conference with L. Vonckx re: Asset Purchase Agreement                           | AGS | 0.10 |
|          | Telephone conference with S. Clar and L. Vonckx re: Asset Purchase Agreement               | AGS | 0.10 |
|          | Prepared fax to A. Levin re: sale ad                                                       | AGS | 0.10 |
|          | Prepared letter to R. Barney re: court orders                                              | AGS | 0.20 |
|          | Prepared for and attended a.m. hearing re: approval of sale ad.                            | SRC | 1.00 |

|          |                                                                                                   |     |      |
|----------|---------------------------------------------------------------------------------------------------|-----|------|
|          | Review and revise sale ad                                                                         | SRC | 0.50 |
|          | Prepared for and attended p.m. hearing re: motion to approve sale ad                              | SRC | 1.00 |
| 09/28/07 | Review of revised Asset Purchase Agreement                                                        | AGS | 0.40 |
|          | Telephone conference with L. Vonckx re: revisions to Asset Purchase Agreement                     | AGS | 0.20 |
|          | Telephone conference with J. Shapiro re: sale documents                                           | AGS | 0.10 |
| 10/02/07 | Telephone conference with L. Vonckx re: signing APA and union contacts by purchaser               | SRC | 0.20 |
|          | Telephone conference with L. Vonckx re: APA                                                        | SRC | 0.20 |
|          | Telephone conference with L. Vonckx re: execution of APA                                           | SRC | 0.20 |
| 10/03/07 | Telephone conference with J. Blomgren re: pdf of signature on APA                                  | SRC | 0.20 |
|          | Telephone conference with L. Vonckx re: documentation necessary for escrow agent                  | SRC | 0.20 |
|          | Telephone conferences with R. Barney and L. Vonckx re: minor changes to exhibits and schedules    | SRC | 0.30 |
| 10/04/07 | Review and analysis of sale ad and telephone call from A. Levin re: same                          | SRC | 0.20 |
|          | Telephone conference with T. Wood re: Lanigan due diligence                                        | SRC | 0.20 |
|          | Telephone conferences with L. Vonckx and J. Blomgren re: escrow agreement                          | SRC | 0.30 |
| 10/05/07 | Telephone conference with M. Davis re: info for potential buyers                                   | SRC | 0.20 |
| 10/08/07 | Telephone conference with R. Barney re: assumption and assignment issues                           | AGS | 0.10 |
|          | Prepared motion for authority to assume and assign unexpired leases and executory contracts       | AGS | 1.30 |
|          | Interoffice conference with with A. Simon and telephone call to R. Barney re: status of Lanigan due diligence | SRC | 0.30 |

| | | | |
|---|---|---|---|
| 10/09/07 | Telephone conference with M. Ackerman, possible purchaser | AGS | 0.10 |
| | Review of tax and financial documents provided by client | AGS | 0.50 |
| | Telephone conferences with J. Blomgren re: tax and financial documents | AGS | 0.20 |
| | Telephone conferences with M. Davis, R. Barney and K. Hoganson re: sale issues | SRC | 0.50 |
| | Telephone conferences with R. Barney re: information requested by potential bidder. | SRC | 0.30 |
| | Telephone conference with M. Davis re: customer list issue | SRC | 0.20 |
| 10/10/07 | Telephone conference with M. Ackerman re: document request | AGS | 0.10 |
| | Review and response to e-mails from L. Vonckx re: sale order and contracts | AGS | 0.10 |
| | Prepared draft order approving sale | AGS | 1.20 |
| | Review and analysis of sale order | SRC | 0.20 |
| | Review and revise letter to Reedy re: information requested | SRC | 0.30 |
| | Telephone conference with R. Barney re: information supplied to Reedy | SRC | 0.30 |
| 10/11/07 | Telephone conference with R. Barney re: contracts issue | AGS | 0.10 |
| | Telephone conference with L. Vonckx re: contract issue | AGS | 0.10 |
| | Calls to J. Blomgren re: equipment and inventory issue and contracts cure amount issue | AGS | 0.20 |
| | Prepared draft order granting motion to assume and assign | AGS | 0.80 |
| | Review and revision of motion to assume and assign | AGS | 0.20 |
| | Interoffice conference with with A. Simon and telephone call to R. Barney and correspondence to M. Ackerman re: list of inventory and vehicles | SRC | 0.50 |

| | | | |
|---|---|---|---|
| 10/12/07 | Telephone conference with L. Vonckx re: contract and due diligence issues and review and response to e-mail re: same | AGS | 0.20 |
| | Revised service list re: motion to assume and assign | AGS | 0.10 |
| | Reviewed e-mail from L .Vonckx re: landlord issue, called J. Blomgren re: same and responded to e-mail | AGS | 0.10 |
| | Correspondence to L. Vonckx re: original signature page for escrow agreement | SRC | 0.20 |
| 10/16/07 | Review of e-mail from L. Vonckx re: payables issue and call to L. Vonckx re: same | AGS | 0.20 |
| | Telephone conference with R. Barney re: payables issue | AGS | 0.10 |
| | Telephone conference with K. Morgan re: status of sale | SRC | 0.20 |
| 10/17/07 | Telephone conference with R. Barney  re: payables issue | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: payables issue | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: APA schedules issue and review of e-mail from L. Vonckx re: same | AGS | 0.10 |
| | Review of draft sale order | AGS | 0.30 |
| | Telephone conference with attorney for DuPage Forest Preserve re: contract assignment | AGS | 0.10 |
| | Strategy conference with S. Clar re: draft sale order | AGS | 0.10 |
| | Telephone conference with S. Clar and L. Vonckx re: draft sale order | AGS | 0.10 |
| | Interoffice conference with with A. Simon and telephone call to L. Vonckx re: current asset adjustment | SRC | 0.50 |
| | Review and analysis of purchaser's proposed sale order | SRC | 0.50 |
| | Telephone conference with L. Vonckx and interoffice conference with A. Simon re: sale order | SRC | 0.20 |

| | | | |
|---|---|---|---|
| 10/18/07 | Review of and response to e-mail from L. Vonckx re: schedules to APA. | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: schedules to APA. | AGS | 0.10 |
| | Telephone conferences with R. Barney and S. Clar re: closing issues | AGS | 0.30 |
| | Telephone conferences with L. Vonckx and S. Clar re: closing issues | AGS | 0.30 |
| | Telephone conference with R. Barney, J. Shapiro and S. Clar re: lease issue | AGS | 0.30 |
| | Telephone conferences with R .Barney and L. Vonckx re: closing issues and interoffice conference with A. Simon re: same | SRC | 0.50 |
| | Telephone conference with M. Davis re: sale hearing | SRC | 0.20 |
| | Telephone conferences with J. Shapiro and R. Barney and interoffice conference with A. Simon re: lease assumption and assignment | SRC | 0.70 |
| | Telephone conference with F. Harbecke re: sale status | SRC | 0.20 |
| 10/19/07 | Prepared letter to R. Barney re: real estate lease issue. | AGS | 0.30 |
| | Prepared for sale hearing including conference with R. Barney, S. Clar and J. Shapiro re: same | AGS | 0.90 |
| | Telephone conference with M. McClintock re: court results | AGS | 0.10 |
| | Met with A. Simon, R. Barney and J. Shapiro and prepared for hearing on sale | SRC | 1.00 |
| | Attended hearing re: approval of sale | SRC | 2.50 |
| 10/23/07 | E-mails to and from L. Vonckx and B. de'Medici re: George Allen assumption and assignment | SRC | 0.30 |
| | Telephone conferences with L. Vonckx and R. Barney and interoffice conference with A. Simon re: union and Puritan issues | SRC | 0.70 |
| 10/24/07 | E-mails to and from M. Newman re: GAC assumption and assignment motion | SRC | 0.50 |
| | E-mails to and telephone conferences with L. Vonckx and M. Newman re: assumption and assignment | SRC | 0.70 |

|  | Draft order re: GAC assumption and assignment | SRC | 0.50 |
|---|---|---|---|
| 10/26/07 | Prepared e-mail to J. Shapiro re: creditor claims | AGS | 0.20 |
|  | Telephone conference with J. Shapiro re: creditor claims | AGS | 0.20 |
| 10/29/07 | Telephone conferences with L. Vonckx re: closing date extension | AGS | 0.10 |
|  | Interoffice conference with J. Shapiro and A. Simon re: union settlement | SRC | 0.50 |
| 10/30/07 | Telephone conference with R. Barney re: closing issues | AGS | 0.20 |
| 11/05/07 | Telephone conferences with L. Vonckx re: union and closing issues | AGS | 0.20 |
| 11/08/07 | Telephone conference with J. Shapiro, R. Barney and S. Clar re: closing issues | AGS | 0.20 |
|  | Interoffice conference with with A. Simon re: closing and telephone call to R. Barney, L. Vonckx and J. Shapiro re: same | SRC | 0.30 |
| 11/11/07 | Telephone conference with S. Clar and L. Vonckx re: closing issues | AGS | 0.10 |
|  | Telephone conference with S. Clar and R. Barney re: closing issues | AGS | 0.10 |
| 11/12/07 | Telephone conference with M. McClintock re: status of sale | SRC | 0.20 |
| 11/13/07 | Telephone conference with J. Shapiro re: closing issues | SRC | 0.20 |
|  | Telephone conferences with R. Barney and G. Mihas re: setting up account for sale proceeds | SRC | 0.50 |
|  | Telephone conference with L. Vonckx re: closing | SRC | 0.20 |
| 11/14/07 | Conference with S. Clar re: closing issues | AGS | 0.10 |
|  | Prepared for and attended Lanigan closing | SRC | 4.00 |
| 11/16/07 | Telephone conference with S. Clar and L. Vonckx re: post closing issue | AGS | 0.20 |

| | | | |
|---|---|---|---|
| | Telephone conference with S. Clar and R. Barney re: post closing | AGS | 0.10 |
| 11/19/07 | Telephone conference with J. Blomgren re: post-closing issues | AGS | 0.10 |
| | Review and analysis of asset/liability comparisons sent by L. Vonckx and J. Blomgren | AGS | 0.40 |
| 11/20/07 | Telephone conference with L. Vonckx re: amending caption | SRC | 0.20 |
| | Telephone conferences with L. Vonckx re: non-payment of taxes | SRC | 0.30 |
| 11/21/07 | Telephone conference with L. Vonckx re: non-payment of post-petition IRS claims | SRC | 0.30 |
| 11/27/07 | Reviewed tax information provided by L. Vonckx | AGS | 0.10 |
| | Telephone conference with R. Barney re: tax issues | AGS | 0.10 |

Total:                                                                                      80.30

| Attorney | | Hours | Rate | Total |
|----------|----|------|------|-------|
| Arthur G. Simon | - AGS | 18.40 | $390.00 | $7,176.00 |
| Arthur G. Simon | - AGS | 4.00 | $405.00 | $1,620.00 |
| Scott R. Clar | - SRC | 15.80 | $390.00 | $6,162.00 |
| Scott R. Clar | - SRC | 0.50 | $405.00 | $202.50 |
| Jeffrey C. Dan | - JCD | 1.40 | $290.00 | $406.00 |
| Jeffrey C. Dan | - JCD | 1.70 | $300.00 | $510.00 |
| **Total** | | **41.80** | | **$16,076.50** |



| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 11/15/07 | Telephone conference with J. Shapiro re: status of closing and disbursements | AGS | 0.10 |
| | Prepared and revised motion to disburse and change name | AGS | 1.60 |
| | Prepared draft order granting motion to disburse and change name | AGS | 0.40 |
| | Review and revise motion to distribute funds and change caption | AGS | 0.20 |
| | Telephone conference with J. Shapiro re: result of closing | SRC | 0.20 |
| | Telephone conference with M. McClintock re: closing and residual proceeds | SRC | 0.20 |
| | Telephone conferences with F. Harbecke and G. Stull re: IRS and Puritan claims | SRC | 0.30 |
| | Interoffice conference with A. Simon re: dismissal | SRC | 0.20 |
| | Telephone conference with F. Harbecke re: Puritan payoff | SRC | 0.00 |
| 11/19/07 | Telephone conference with S. Clar and M. McClintock re: disbursement motion | AGS | 0.20 |
| | Prepared for and attended hearing re: motion to distribute funds | SRC | 1.50 |
| | Telephone conference with M. McClintock re: motion to distribute | SRC | 0.20 |
| 11/20/07 | Telephone conferences with G. Stull re: IRS claim | AGS | 0.30 |
| | Telephone conferences with F. Harbecke re: Puritan claim | AGS | 0.20 |
| | Telephone conference with L. Vonckx re: disbursement motion | AGS | 0.10 |
| | Telephone conference with J. Mallon re: disbursement motion | AGS | 0.10 |

| | | | |
|---|---|---|---|
| | Review of Puritan and IRS documents, including proofs of claim and UCC filings in preparation for hearing on disbursement motion | AGS | 0.80 |
| | Strategy conference with S. Clar re: disbursement hearing issues | AGS | 0.20 |
| | Review of M. McClintock letter requesting documents | AGS | 0.10 |
| | Telephone conference with J. Blomgren re: union post-petition claim | AGS | 0.10 |
| | Review, analysis and response to Committee request for documentation | SRC | 0.70 |
| | Prepared for and attended hearing re: presentation of orders on motion re: disbursement | SRC | 1.40 |
| | Draft orders re: motion to disburse | SRC | 0.70 |
| | Telephone conference with G. Stull re: IRS principal payment | SRC | 0.20 |
| | Prepared for and attended hearing re: presentation of orders on motion to disburse funds | SRC | 1.50 |
| 11/26/07 | Telephone conference with R. Barney re: tax claim issues | AGS | 0.20 |
| | Telephone conference with J. Shapiro re: tax claim issues | AGS | 0.10 |
| | Review of e-mail from H. Goldstein re: administrative claims | AGS | 0.20 |
| 11/27/07 | Correspondence to D. Johnson re: payment of union Nov. 1 through Nov. 14 fringe benefit claim | SRC | 0.20 |
| 11/28/07 | Telephone conference with S. Clar and R. Barney re: tax issues | AGS | 0.10 |
| | Review of response of IRS to Committee objection to disbursement motion | AGS | 0.20 |
| | Telephone conference with S. Clar and G. Stull re: tax issues | AGS | 0.20 |
| | Telephone conference with S. Clar and M. McClintock re: tax issues | AGS | 0.10 |
| | Telephone conference with R. Barney re: tax issues | AGS | 0.10 |

| | | | |
|---|---|---|---|
| | Conference with Scott Clar re: motion for authority to make distribution | JCD | 0.20 |
| 11/29/07 | Telephone conference with R. Barney re: IRS payment | SRC | 0.20 |
| | Preparation for Court re: Motion for Authority to Make Distribution to IRS. | JCD | 0.60 |
| | Court appearance re: Motion re: Authority to Make Disbursement to IRS | JCD | 0.60 |
| 12/11/07 | Interoffice conference with with A. Simon re: hearing on motion to distribute funds to IRS | SRC | 0.10 |
| 12/13/07 | Telephone conference with R. Barney re: tax issue | AGS | 0.20 |
| | Telephone conference with G. Stull and R. Little re: IRS settlement with Committee | AGS | 0.30 |
| | Telephone conference with H. Goldstein re: IRS settlement with Committee | AGS | 0.30 |
| | Conference with Art Simon re: settlement between committee and IRS | JCD | 0.20 |
| | Preparation for Court re: Motion to make distribution to IRS | JCD | 0.30 |
| | Court appearance re: motion to make distribution to IRS | JCD | 1.20 |
| 12/17/07 | Telephone conference with S. Clar and G. Stull re: settlement with IRS | AGS | 0.30 |
| | Strategy conference with S. Clar re: post-petition claims and available funds for distribution | AGS | 0.30 |
| | Telephone conference with J. Blomgren re: payables | AGS | 0.10 |
| | Interoffice conference with A. Simon and telephone call to G. Stull re: payment to IRS. | SRC | 0.30 |
| | Interoffice conference with A. Simon re: payment of remaining administrative claims | SRC | 0.30 |
| | Telephone conference with F. Harbecke re: IRS issue | SRC | 0.20 |
| 12/19/07 | Telephone conferences with J. Blomgren re: trade payables issue | AGS | 0.10 |

|  | | | |
|---|---|---|---|
|  | Prepared telecopier cover letter to R. Barney and J. Blomgren re: IRS/Creditors' Committee Settlement Agreement and U.S. Trustee's Motion to Convert or Dismiss | AGS | 0.10 |
|  | Telephone conference with G. Stull re: continuance of Disbursement Motion | AGS | 0.10 |
|  | Telephone conference with H. Goldstein re: motion to pay IRS | SRC | 0.20 |
| 12/20/07 | Appeared before Judge Schmetterer re: motion to pay IRS | SRC | 1.00 |
|  | Telephone conference with J. Blomgren and R. Barney re: administrative claim information | SRC | 0.20 |
| 12/21/07 | Numerous calls to and from R. Barney re: settlement with IRS | AGS | 0.30 |
| 12/27/07 | Telephone conferences with J. Blomgren re: IRS settlement issue | AGS | 0.10 |
|  | Prepared letter to G. Stull re: IRS settlement | AGS | 0.30 |
| 12/28/07 | Telephone conference with G. Stull re: IRS settlement | AGS | 0.10 |
|  | Telephone conference with H. Goldstein and S. Clar re: IRS settlement | AGS | 0.20 |
|  | Revised IRS settlement agreement and e-mailed client and counsel re: same | AGS | 0.50 |
|  | Telephone conference with J. Blomgren and R. Barney re: trustee's fees and IRS agreement | AGS | 0.20 |
|  | Interoffice conference with A. Simon and telephone conferences with H. Goldstein and G. Stull re: IRS settlement | SRC | 0.50 |
| 01/02/08 | Telephone conference with G. Stull and R. Little re: settlement with IRS | AGS | 0.20 |
|  | Telephone conference with G. Stull and R. Little re: settlement with IRS | AGS | 0.30 |
|  | Prepared draft motion to disburse and dismiss case and draft order re: same | AGS | 1.60 |
|  | Prepared draft order approving IRS settlement agreement and authorizing disbursements | AGS | 0.60 |

|          |                                                                                                   |     |      |
|----------|---------------------------------------------------------------------------------------------------|-----|------|
|          | Telephone conference with J. Blomgren re: numerous issues including need for mailing list of trade debt | AGS | 0.10 |
| 01/03/08 | Review of Committee's draft IRS order and e-mailed our draft order | AGS | 0.20 |
|          | Prepared detailed notice to creditors re: disburse and dismiss motion and professionals' fee motions | AGS | 1.20 |
|          | Appeared before Judge Schmetterer re: motion to distribute to IRS | SRC | 1.00 |
| 01/07/08 | Telephone conference with G. Stull and e-mails to and from H. Goldstein re: motion to pay secured claim | SRC | 0.30 |
|          | Prepared for and attended hearing re: motion to pay IRS | SRC | 1.50 |
| 01/16/08 | Prepared letter to G. Stull re: post-petition taxes | AGS | 0.30 |
|          | Telephone conferences with J. Blomgren re: IRS post-petition taxes | AGS | 0.20 |
| 01/22/08 | Telephone conference with G. Stull re: status of settlement | AGS | 0.10 |
| 01/25/08 | Telephone conference with G. Stull re: settlement | AGS | 0.40 |
|          | Telephone conference with G. Stull re: settlement | AGS | 0.30 |
|          | Telephone conference with H. Goldstein re: settlement | AGS | 0.40 |
|          | Telephone conferences with J. Blomgren re: November 2008 and December 2008 operating reports | AGS | 0.20 |
| 01/28/08 | Telephone conference with J. Shapiro and R. Barney re: motion to convert case | AGS | 0.30 |
|          | Telephone conference with G. Stull re: settlement with IRS | AGS | 0.10 |
|          | Telephone conference with E. Crane and G. Stull re: settlement with IRS | AGS | 0.20 |
|          | Prepared lengthy e-mail to G. Stull re: settlement with IRS | AGS | 0.30 |
|          | Telephone conference with G. Stull re: settlement with IRS | AGS | 0.10 |

|  |  |  |  |
|---|---|---|---|
|  | Telephone conference with J. Shapiro re: status of settlement with IRS | AGS | 0.20 |
|  | Telephone conference with R. Barney re: status of settlement with IRS | AGS | 0.10 |
|  | Telephone conference with H. Goldstein re: settlement | AGS | 0.20 |
| 01/29/08 | Conference call with S. Clar, J. Shapiro and R. Barney re: settlement with IRS | AGS | 0.10 |
|  | Telephone conference with G. Stull re: settlement with IRS | AGS | 0.30 |
|  | Prepared and revised settlement agreement and order approving same | AGS | 0.30 |
|  | Telephone conference with J. Shapiro re: status of settlement with IRS | AGS | 0.10 |
|  | Telephone conference with R. Barney re: settlement | AGS | 0.20 |
|  | Telephone conference with H. Goldstein re: settlement | AGS | 0.30 |
|  | Telephone conference with G. Stull re: IRS payment | AGS | 0.10 |
|  | Prepared letter to S. Carter re: IRS payment | AGS | 0.20 |
|  | Telephone conference with R. Barney re: IRS order and settlement | AGS | 0.10 |
|  | Interoffice conference with A. Simon and telephone calls to and from J. Shapiro, H. Goldstein and R. Barney re: IRS settlement | SRC | 1.20 |
|  | Appeared before Judge Schmetterer re: motion to distribute funds | SRC | 1.50 |
| 02/01/08 | Revision of motion for authority to disburse and dismiss and order re: same | AGS | 0.70 |
| 02/04/08 | Revision of motion to disburse and dismiss and order re: same | AGS | 0.80 |
|  | Revision of notice to creditors re: fee motions and disburse and dismiss motion | AGS | 0.70 |
| 02/13/08 | Revised notice to creditors re: disburse and dismiss motion and fee motions | AGS | 0.60 |

| 02/14/08 | Revised motion to disburse and dismiss and order and combined notice of hearing re: same and fee petitions | AGS | 1.20 |
| | Review and analysis of notice and motion re: dismissal et al. | SRC | 0.50 |
| Total: | | | 41.80 |

# CRANE, HEYMAN, SIMON, WELCH & CLAR

135 S. LaSalle - Suite 3705
Chicago, IL 60603

Ph:312-641-6777          Fax:312-641-7114

Environmental Control, Inc.                                    February 20, 2008
9931 W. 190th Street
Suite E
Mokena, IL 60448

File #:          11603

**Attention:**   Richard A. Barney

**RE:**     Chapter 11

| **DISBURSEMENTS** | | **Disbursements** |
|---|---|---|
| Aug-23-07 | Postage re: extend time obtain acceptances of Plan (Preparation for Court x .58) | 5.80 |
| Aug-29-07 | Postage re: Kamp Fee Application (l0 x 2.50) (1 x 1.47) | 26.47 |
| | Postage Fee Notice (140 x .41) | 57.40 |
| Aug-31-07 | Postage re: letter to R. Barney with enclosures | 1.82 |
| Sep-20-07 | Courier re: Deadline Inv# 10135-10127 - Mandel Menks | 5.00 |
| | Courier re: Deadline Inv. 10135-10127 - Baker & McKenzie | 5.00 |
| | Courier Deadline Inv # 10135-10127 to Morgan and Bley | 26.00 |
| | Courier Deadline Inv. #10135-10127 to Freeborn and Peters | 5.00 |
| Sep-25-07 | Postage re: letter to R. Barney with Orders | 1.14 |
| Sep-26-07 | Postage re: notice of sale ad (155 x .41) | 63.55 |
| Oct-12-07 | Postage re: assume/assign motion and notice (26 x 1.31) | 34.06 |
| Feb-04-08 | Postage re: Monthly Operating Reports for November and December 2007 | 1.82 |
| Feb-19-08 | Photocopies 7157 x .10 | 715.70 |
| | Totals | $948.76 |



EXHIBIT

H

Blumberg No. 5118