UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 07 B 5346 |
| ) | |
| ENVIRONMENTAL CONTROL INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Jack B. Schmetterer |
| ) | |
| ) | Hearing: September 20, 2007, at 10:00 a.m. |

### ORDER FOR COMPENSATION *(Committee Conflicts Counsel)*
*Conflicts*

This matter coming to be heard upon the application of counsel ("Application") for the *(M. Davis as Special Brown, Udvey, Gaertus + Davis)* Unsecured Creditors Committee for reimbursement of fees and expenses, notice having been given; no objections having been heard; the court having reviewed the Application of applicant and having heard the statements of counsel being fully informed of the premises,

IT IS HEREBY ORDERED that Applicant is allowed ~~interim~~ *final* compensation for legal services rendered in the sum of __6,500__, ~~and reimbursement of actual expenses incurred for the same period in the sum of~~

_____
Bankruptcy Judge

MAR 20 2008

Dated: 3/20/08